IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL GONZALES,

    Plaintiff,

v.                                                        CIV 14-0026 KG/KBM

QUICK LOAN FUNDING, THE BANK
OF NEW YORK, As Trustee for the
Benefit of the Certificate holders,
CWABS, Inc., Asset-backed Certificates,
Series 2007-BC3, Does 1-25 Inclusive,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Report and Recommendation to Dismiss Action With Prejudice on July 11, 2014 *(Doc. 25)*. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To date, neither party has filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 25])* is ADOPTED;

2. Defendants' Motion to dismiss *(Doc. 7)* is GRANTED; and

3. Plaintiff's Complaint (*Doc. 5*) is dismissed **with prejudice.**

                                                  UNITED STATES DISTRICT JUDGE